IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-3085-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| WINNEBAGO INDUSTRIES, INC., | ) | IN A CIVIL CASE |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        Plaintiff, Christopher E. Wright, take nothing and this action is dismissed.

Dated: May 5, 2008                ROBERT L. PHELPS
                                          Clerk

                                        /s/ des
                              (By) Deputy Clerk